AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-14341-SFC-MKM
Hon. Sean F. Cox

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Velma L Hunter

Date of Service: Saturday, 10/6/12 12:07 PM

## Method of Service

____ Personally served at this address:

**X** Left copies at defendant's usual place of abode with (name of person): Jane Doe (Unknown) 1627 Monterey St., #2W Detroit, MI 48206
Black Female (light-skinned), 25-30 yrs, 5'11-6'1", 150-170 lbs, black hair

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $ —  Service $ 30.00  Total $ 30.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Arthur J. Enderle - Process Server

Signature of Server: [signature]

Date: 10/10/12

Server's Address: 18201 Grand River #121, Detroit, MI 48223

[notary signature] Adrienne Alexander
ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne